IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE EUGENE McCREE, III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-951-WKW |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 15) to which Plaintiff has filed no objections. Based upon an independent review of the record, 28 U.S.C. § 636(b), the court finds that the Recommendation should be adopted. Accordingly, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 15) is ADOPTED.

(2)   The 28 U.S.C. § 2255 motion filed by Plaintiff McCree is DENIED.

(3)   This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 29th day of August, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE